1004

Joseph MATCHOK, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7139.

Circuit Court of Appeals, Fifth Circuit.

Oct. 21, 1933.

Joseph Matchok, in pro. per.

H. T. Nichols, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

On the authority of Albrecht v. United States, 273 U. S. 1, 47 S. Ct. 250, 71 L. Ed. 505, and of United States v. Daugherty, 269 U. S. 360, 46 S. Ct. 156, 70 L. Ed. 309, the judgment is affirmed.

MEXICAN PETROLEUM CORPORATION, as Owner of BARGE 109 v. John Harvey BROWN, d. b. a. Brown Landing & Towing Service, and Towing Steamer H. H. COLLE.

No. 6260.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1933.

Bigham, Englar, Jones & Houston, of New York City, Fitzhugh, Murrah & Fitzhugh, of Memphis, Tenn., and Montgomery & Montgomery, of New Orleans, La., for appellant.

A. B. Knipmeyer, of Memphis, Tenn., for appellees.

PER CURIAM.

Judgment of District Court affirmed.

R. N. MITCHELL v. COMMISSIONER OF INTERNAL REVENUE.

No. 6624.

Circuit Court of Appeals, Sixth Circuit.

Nov. 13, 1933.

Frank S. Bright, of Washington, D. C., for petitioner.

E. B. Prettyman, Gen. Counsel, Bureau Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed, pursuant to motion of respondent.

MUENCH–KREUZER CANDLE COMPANY, Inc., Plaintiff-Appellant, v. MACK MILLER CANDLE COMPANY, Defendant-Appellee.

No. 154.

Circuit Court of Appeals, Second Circuit.

Oct. 4, 1933.

Martin & Rendell, of Utica, N. Y. (Richard R. Martin, of Utica, N. Y., of counsel), for appellant.

Eugene A. Thompson, of Syracuse, N. Y., for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.